JUDGE JAMES L. ROBART

13-CR-00222-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERAMIE HARMS,<br><br>    Defendant. | NO. CR13-222JLR<br><br>STIPULATED MOTION AND ORDER FOR TRANSFER OF CASE TO DREAM PROGRAM |

### I. MOTION

The above-named defendant was identified by the Drug Reentry Alternative Model (DREAM) Executive Review Team as a potential candidate for participation in the DREAM program. Thereafter, and with this Court's permission, defendant was offered voluntary participation in the DREAM program. At the initial appearance before the DREAM Judicial Officer, the defendant executed the DREAM contract, the requisite waiver of rights and the written plea agreement and entered (a) guilty plea(s) with sentencing to be held in abeyance while the defendant completes or is otherwise terminated from the DREAM program. The defendant has therefore elected to voluntarily participate in the DREAM program, and the DREAM Judicial Officer has approved the defendant's participation in the program.

Accordingly, the Executive Review Team respectfully moves this Court to transfer this case to

STIPULATED MOTION & PROPOSED ORDER FOR
TRANSFER OF CASE TO DREAM PROGRAM
(*USA v. Harms*; CR13-222JLR)       1

DRUG REENTRY ALTERNATIVE MODEL
U.S. District Court, W.D. Washington
700 Stewart Street
Seattle, Washington 98101

1  the DREAM Judicial Officer for all further proceedings.

2  **II.  ORDER**

3  The above named defendant's participation in the Drug Reentry Alternative Model(DREAM) program having been approved, defendant having elected voluntarily to participate in the DREAM program, defendant having entered a guilty plea pursuant to a plea agreement conditioned on defendant's participation in the DREAM program, and the undersigned United States District Judge having accepted both defendant's guilty plea and the plea agreement,

IT IS HEREBY ORDERED that, upon acceptance of the transfer by the DREAM program's Judicial Officer, the above-captioned case shall be transferred to the DREAM Judicial Officer for all further purposes.

DONE this 15th day of October, 2013.

_____
The Honorable James L. Robart
United States District Judge

The undersigned United States District Judge, being the DREAM program's Judicial Officer, hereby accepts the transfer of this case for all further purposes.

DONE this 15 day of October, 2013.

_____
The Honorable Ricardo S. Martinez
United States District Judge
DREAM Judicial Officer

STIPULATED MOTION & PROPOSED ORDER FOR
TRANSFER OF CASE TO DREAM PROGRAM
(USA v. Harms; CR13-222JLR)                    2

DRUG REENTRY ALTERNATIVE MODEL
U.S. District Court, W.D. Washington
700 Stewart Street
Seattle, Washington 98101